# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                    Case No. 2:22-cr-117(15)
                                           JUDGE EDMUND A. SARGUS, JR.

**CAITLIN R.S. DUFF,**

    **Defendant.**

## ORDER

This matter is before the Court on the Government's Motion for Detention Pending Sentence. Following a hearing, the Motion is **GRANTED**. (ECF No. 811.) Caitlin R.S. Duff is **ORDERED** to report by **4:00 p.m. on May 15, 2024** to the U.S. Marshals Service on the fourth floor of the Joseph P. Kinneary United States Courthouse at 85 Marconi Boulevard, Columbus, OH 43215-2885.

    IT IS SO ORDERED.

**5/14/2024**                                        s/Edmund A. Sargus, Jr.
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**